662

to the Court of Claims denied. *Solicitor General Jackson* for the United States. *Mr. S. Wallace Dempsey* for respondent.

No. 718. WEST *v.* BIRMINGHAM. April 17, 1939. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Mr. Walter S. Smith* for petitioner. No appearance for respondent.

No. 719. BOSTON & MAINE RAILROAD *v.* WILLIAMS ET AL.; and

No. 724. BERNARDI GREATER SHOWS, INC. *v.* BOSTON & MAINE RAILROAD. April 17, 1939. Petitions for writs of certiorari to the Supreme Court of New Hampshire denied. *Mr. George T. Hughes* for petitioner in No. 719 and respondent in No. 724. *Mr. Robert W. Upton* for respondents in No. 719 and petitioner in No. 724. Reported below: 89 N. H. 490; 1 A. 2d 360.

No. 729. M. RICH & BROTHERS Co. *v* FIRST NATIONAL BANK OF ATLANTA ET AL., EXECUTORS. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Harold Hirsch, Marion Smith,* and *M. E. Kilpatrick* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Charles A. Horsky* for respondents.

No. 731. MINNESOTA MINING & MANUFACTURING Co. *v.* COE, COMMISSIONER OF PATENTS. April 17, 1939. Petition for writ of certiorari to the Court of Appeals for